**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2024

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Jose Javier Jimenez-Rivera
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Docket No:  0980 4:23CR06015-SAB-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Jose Javier Jimenez-Rivera to travel out of the country.

Respectfully submitted by,

s/Linda Leavitt          03/19/2024
Linda Leavitt            Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_____
Signature of Judicial Officer

3/19/2024
Date